UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL HINKLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-01391-TWP-DML |
| SOUTHPOINTE MOTORCARS, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO COMPEL AND TO STAY

On August 23, 2017, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 25) on the defendant's motion to compel and to stay. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 25) and being duly advised, now APPROVES and ADOPTS it. The defendant's motion to compel and to stay (Dkt. 15) is therefore GRANTED as provided in the Report and Recommendation and this Order. Mr. Hinkle is ordered to file his claim with the American Arbitration Association with no filing fee charged to him. This case is stayed pending the arbitration.

IT IS SO ORDERED.

Date: 9/8/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system